# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORES,<br><br>             Plaintiff,<br><br>   v.<br><br>WALMART, INC.,<br><br>             Defendant. | Case No.  1:20-cv-01310-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>TWENTY-DAY DEADLINE |

On May 22, 2020, Maria Flores ("Plaintiff") filed a complaint in the Superior Court of California, County of Fresno.  On September 14, 2020, Walmart, Inc. ("Defendant") removed the action to the Eastern District of California.

Defendant IS HEREBY ORDERED to file a responsive pleading within twenty (20) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **September 15, 2020**

UNITED STATES MAGISTRATE JUDGE

1