| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORES, | Case No.  1:20-cv-01310-DAD-SAB |
| Plaintiff, | ORDER ADDRESSING STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| WALMART, INC., | (ECF Nos. 9, 10) |
| Defendant. | |

On May 22, 2020, Maria Flores ("Plaintiff") filed this action in the Superior Court of California, County of Fresno.  (ECF No. 1-1.)  On September 14, 2020, Walmart, Inc. ("Defendant") removed the action to the Eastern District of California.  (ECF No. 1.)  On November 2, 2020, the parties filed a stipulation to elect referral to the Voluntary Dispute Resolution Program ("VDRP").  (ECF Nos. 9, 10.)

Pursuant to the Local Rules of the Eastern District of California, if all parties stipulate to using the VDRP, they must file a stipulation and order for VDRP Referral. L.R. 271(i).  The Stipulation and Order for VDRP Referral must:

> (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
> (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
> (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the

1

VDRP session is concluded.

L.R. 271(i). The stipulation filed by the parties does not address the areas required by the Local Rule. See e.g. Kamalu v. Walmart Stores, Inc., No. 1:13-cv-00627-SAB (E.D. Cal. April 7, 2014) (stipulation and proposed order for referral to VDRP). An action will not be referred to the VDRP unless the parties file a stipulation that complies with Rule 271(i).

IT IS SO ORDERED.

Dated: __**November 3, 2020**__      _____
UNITED STATES MAGISTRATE JUDGE